Honorable Judge Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MICHAEL V. TRAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HAO B. LI and JANE DOE LI, husband and wife and the marital community property comprised thereof, and AMERICAN COMMERCE INSURANCE COMPANY,<br><br>Defendants. | No. 2:24-cv-00080 TL<br><br>**STIPULATION FOR ORDER OF DISMISSAL OF DEFENDANT AMERICAN COMMERCE INSURANCE COMPANY** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties: plaintiff and Defendant American Commerce Insurance Company, by and through their attorneys of record, hereby stipulate to the dismissal of all claims with prejudice and without an award of attorneys' fees or costs to either party.

DATED this 6\ :sup:`TH` day of January 2024.

| | |
|---|---|
| **LE & KITTLESON**<br>By: *s/Jean Jorgensen (per email authorization)*<br>Edward K. Le, WSBA #27086<br>Jean Jorgensen, WSBA #34964<br>edward@lekittleson.com<br>jean@lekittleson.com<br>angie@lekittleson.com<br>melinda@lekittleson.com | **WATHEN LEID HALL & RIDER P.C.**<br>By: *s/William L. Weber III*<br>Rory W. Leid, WSBA #25075<br>William L. Weber III, WSBA #28867<br>*Counsel for American Commerce*<br>wweber@wlhr.legal<br>rleid@wlhr.legal |

No. 2:24-cv-00080-TL
**STIPULATION FOR ORDER OF DISMISSAL - 1**

WATHEN | LEID | HALL | RIDER, P.C.
222 ETRURIA STREET
SEATTLE, WASHINGTON 98109-1659
(206) 622-0494/FAX (206) 587-2476

## II.   ORDER

In conformity with the foregoing Stipulation, it is hereby ORDERED that all claims brought or that could have been brought, by Plaintiff Michael V. Tran against American Commerce Insurance Company in the above-captioned matter are hereby DISMISSED with prejudice. Each Party shall bear their own costs and attorney fees.

IT IS SO ORDERED.

Dated this 6th day of February 2024.

_____
Tana Lin
United States District Judge

**Presented by:**

By: *s/William L. Weber III*
Rory W. Leid, WSBA #25075
William L. Weber III, WSBA #28867
*Counsel for American Commerce*
wweber@wlhr.legal
rleid@wlhr.legal

**Approved:**

*s/Jean Jorgensen (per email authorization)*
Edward K. Le, WSBA #27086
Jean Jorgensen, WSBA #34964
edward@lekittleson.com
jean@lekittleson.com

No. 2:24-cv-00080-TL
**STIPULATION FOR ORDER OF DISMISSAL - 2**

WATHEN | LEID | HALL | RIDER, P.C.
222 ETRURIA STREET
SEATTLE, WASHINGTON  98109-1659
(206) 622-0494/FAX (206) 587-2476